IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

RODNEY SEVERSON,

        Plaintiff,

vs.                                  CASE NO. 2:24-CV-1063-WED

S.C. JOHNSON & SON, INC.,

        Defendant.

## DEFENDANT S.C. JOHNSON & SON, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Civil Local Rule 56, Defendant S.C. Johnson & Son, Inc. ("SCJ"), by its attorneys, Foley & Lardner LLP, moves the Court for summary judgment dismissing all of Plaintiff's claims with prejudice and awarding SCJ its costs, disbursements, and any fees as may be allowed by law. The evidentiary record and controlling law demonstrate that there is no genuine issue as to any material fact and that SCJ is entitled to a judgment dismissing Plaintiff's claims as a matter of law.

The grounds for this motion are set forth more fully in SCJ's Brief in Support of its Motion for Summary Judgment, SCJ's Statement of Proposed Material Facts, the supporting Declarations of Carmen N. Decot, Kristina White-Hill, Timothy Corrigan, and Brian Glaser and all of the exhibits attached thereto, all of which are filed herewith and/or incorporated herein.

Dated: December 10, 2025.

/s/ Carmen N. Decot
Carmen N. Decot, WI Bar # 1054862
John R. FitzGerald, WI Bar # 1120150
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone:  414-297-5568 (CND)
Telephone:  414-297-5079 (JRF)
Facsimile:  414-297-4900
Email:  cdecot@foley.com
Email:  jfitzgerald@foley.com

*Attorneys for Defendant S.C. Johnson & Son, Inc.*