## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

RODNEY SEVERSON,

**Plaintiff,**

v.                                                    **Case No. 24-cv-1063**

SC JOHNSON & SON INC,

**Defendant.**

## COURT MINUTES OF TELEPHONIC STATUS CONFERENCE

## HONORABLE WILLIAM E. DUFFIN PRESIDING

DATE: May 7, 2026, at 9:00 a.m.                DEPUTY CLERK: Alex V.

TIME COMMENCED: 9:00 a.m.                TIME CONCLUDED: 9:04 a.m.

TAPE/COURT REPORTER: Zoom Audio

APPEARANCES:

    PLAINTIFF – Colin B. Good and Forrest C. Stewart

    DEFENDANT – Carmen N. Decot and John R. FitzGerald

COMMENTS:

The Court inquired with the parties as to next steps, now that summary judgment has

been ruled on (ECF No. 52). The parties requested mediation. The Court ordered the

Clerk to refer this case to a randomly-assigned magistrate judge for the purpose of mediation. Order to follow.